SCOTT J. SAGARIA (SBN 217981)
SJSagaria@sagarialaw.com
ELLIOT W. GALE (SBN 263326)
Egale@sagarialaw.com
Joeseph Angelo (SBN 268542)
Jangelo@sagarialaw.com
Scott Johnson (SBA 287182)
sjohnson@sagarialaw.com
**SAGARIA LAW, P.C.**
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff Stacey Littleton

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| Stacey Littleton, <br><br>                Plaintiff, <br><br>       v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.,; EQUIFAX, INC.; TRANSUNION, LLC; SUNTRUST MORTGAGE, INC.; SYNCB/SLEEP TRAIN; TARGET NATIONAL BANK; CITIBANK; USAA SAVINGS BANK AND DOES 1 through 100 inclusive, <br><br>                Defendants. | Case No.: 5:15-CV-01619-EJD <br><br> STIPULATED REQUEST FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) AS TO DEFENDANT CITIBANK |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

STIPULATED REQUEST FOR DISMISSAL AND [PROPOSED] ORDER - 1

1  IT IS HEREBY STIPULATED by and between Plaintiff Stacey Littleton and Defendant Citibank, that the above-entitled action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own attorney's fees and costs.

**Sagaria Law, P.C.**

Dated:   May 14, 2015        /s/ *Elliot Gale*
                             Elliot Gale, Esq.
                             Attorneys for Plaintiff

Dated: May 14, 2015          **Simmonds & Narita, LLP**

                             By: /s/
                             Sarah H. Scheinhorn
                             Simmonds & Narita LLP
                             Attorneys for Defendant
                             Citibank

## [PROPOSED] ORDER

IT IS SO ORDERED.

DATED: 5/18/2015             _____
                             UNITED STATES DISTRICT JUDGE
                             EDWARD J. DAVILA

I, Elliot Gale, Esq., hereby certify that I am an ECF registered user and Sarah H. Scheinhorn has concurred in this electronic filing.