UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

STACEY LITTLETON,

    Plaintiff,

  v.

EXPERIAN INFORMATION SOLUTIONS, INC., et al.,

    Defendants.

Case No. 5:15-cv-01619-EJD

**ORDER DISMISSING CASE**

On August 20, 2015, the court ordered Plaintiff to show cause in writing by August 28, 2015, why this action should not be dismissed for failure to prosecute after Plaintiff failed to file an amended complaint. See Docket Item No. 47. As of this time, Plaintiff has not responded to the show cause order as directed.

Accordingly, this action is DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b). Judgment will be entered in favor of defendants and the Clerk shall close this file.

**IT IS SO ORDERED.**

Dated: September 1, 2015

_____
EDWARD J. DAVILA
United States District Judge